# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:22-bk-06660 |
| SHANEQUA L ADELL | Chapter 13 |
| | Honorable Carol A Doyle |
| Debtor(s) | |

## NOTICE OF MOTION

To: Shanequa L Adell
44 Poplar Creek Dr, Apartment C
Elgin, IL 60120

Joseph P Doyle
105 S Roselle Rd, Suite 203
Schaumburg, IL 60193

Thomas H Hooper
55 E Monroe St, Suite 3850
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on September 13, 2022 at 9:30 AM, I will appear before the Honorable Carol A Doyle, or any Judge sitting in that Judge's place, and present **JOSEPH S. DAVIDSON'S MOTION TO WITHDRAW AS COUNSEL,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **161 155 8289** and the password is **Doyle742**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the Motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Joseph S. Davidson

Joseph S. Davidson
OTTOSEN DINOLFO HASENBALG &
CASTALDO, LTD.
1804 North Naper Boulevard
Suite 350
Naperville, Illinois 60563
+1 630-682-0085
jdavidson@ottosenlaw.com

**CERTIFICATE OF SERVICE**

I, Joseph S. Davidson, certify that I caused a copy of this notice and motion to be served, via electronic case filing to Joseph P Doyle, Counsel for Debtor, Thomas H Hooper, Chapter 13 Trustee,  and via United States First Class Mail to Shanequa L Adell on September 6, 2022 before the hour of 5:00 p.m. from the office located at 1804 North Naper Boulevard, Suite 350, Naperville, Illinois 60563.

/s/ Joseph S. Davidson

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>SHANEQUA L ADELL<br><br>Debtor(s) | Case No. 1:22-bk-06660<br><br>Chapter 13<br><br>Honorable Carol A Doyle |

## JOSEPH S. DAVIDSON'S MOTION TO WITHDRAW AS COUNSEL

NOW COMES JOSEPH S. DAVIDSON ("Counsel"), formerly of Law Offices of Joseph P. Doyle LLC, seeking to withdraw as counsel to Shanequa L Adell ("Debtor"). In support thereof, Counsel states as follows:

### JURISDICTION

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 1334(a) and 157(a).

2. The United States District Court for the Northern District of Illinois has made such a reference of all of its bankruptcy cases. N.D. Ill. Internal Operating Procedure 15(a).

3. This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

### RELIEF REQUESTED

4. Counsel respectfully requests leave of court to withdraw as counsel to Debtor.

5. On August 18, 2022, Counsel accepted a position as a litigation associate at Ottosen DiNolfo Hasenbalg & Castaldo, Ltd. and started his new position on August 22, 2022.

6. Debtor will continue to be represented by Joseph P. Doyle of Law Offices of Joseph P. Doyle LLC.

7. The Motion is not being presented for any improper purpose, such as to cause unnecessary delay, or otherwise prejudice Debtor nor any other party.

8. Pursuant to Rule 2091-1 of the Local Rules for the Northern District of Illinois, Counsel respectfully requests to be withdrawn as counsel to Debtor in this matter and that all applicable notice and service lists, including the Court CM/ECF electronic notification list be updated fittingly.

## CONCLUSION

**WHEREFORE**, Counsel respectfully requests the Court grant leave to withdraw as counsel to Debtor, and grant such other relief as the Court deems just and proper.

DATED: September 5, 2022            Respectfully submitted,

*/s/ Joseph S. Davidson*

Joseph S. Davidson
OTTOSEN DINOLFO HASENBALG &
CASTALDO, LTD.
1804 North Naper Boulevard
Suite 350
Naperville, Illinois 60563
+1 630-682-0085
jdavidson@ottosenlaw.com